

10/05/2016

Claim Withdrawal

Dear Pennsylvania Federal Bankruptcy Court –Eastern District

Please withdraw State Collection Service, Inc.'s claim from Joseph J Carney and Natalie A Carney's Bankruptcy.   The claim is for Jefferson University Hospitals. It is case # 13-10324 and was filed on 06/17/2013.

Claim # 9-1
Amt: $15.00

Thank you,

Rebecca Hunt
State Collection Service Inc.
2509 S Stoughton Rd.
Madison, Wi. 53716
(800)477-7474 Ext. 702


