```
                           United States Bankruptcy Court
                           Eastern District of Pennsylvania
In re:                                                                        Case No. 13-10324-jkf
Joseph J. Carney                                                              Chapter 13
Natalie A. Carney
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0313-2           User: ChrissyW                Page 1 of 2                  Date Rcvd: Feb 17, 2017
                               Form ID: 138NEW               Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 19, 2017.
db/jdb         +Joseph J. Carney,    Natalie A. Carney,    2626 S. Warnock Street,    Philadelphia, PA 19148-4419
12991634       +Bank of America, N.A.,    7105 Corporate Drive,    Plano, TX 75024-4100
12947310       +Bk Of Amer,   ATTN: CORRESPONDENCE UNIT/CA6-919-02-41,     PO BOX 5170,
                 SIMI VALLEY, CA 93062-5170
12963360       +Bluestone Investments, Inc.,    c/o Amato and Lessa, P.C.,    107 North Commerce Way,
                 Bethlehem, PA 18017-8913
12947312       +CHASE,   PO BOX 15298,    WILMINGTON, DE 19850-5298
12947314       +DSNB MACYS,   9111 DUKE BLVD,    MASON, OH 45040-8999
12947315       +FASHION BUG,    PO BOX 182789,   COLUMBUS, OH 43218-2789
12947316       +First Usa Bank N A/Chase,    CHASE CARD SERVICES/ATTN: BANKRUPTCY DEP,    PO BOX 15298,
                 WILMINGTON, DE 19850-5298
12947320       +HSBC BANK,   PO BOX 5253,    CAROL STREAM, IL 60197-5253
12947321       +HSBC/BSTBY,   PO BOX 5253,    CAROL STREAM, IL 60197-5253
13079933        Jefferson University Hospitals,    State Collection Service,    2509 S. Stoughton Road,
                 PO BOX 6250,   Madison WI 53716-0250
12947325       +Lane Bryant/WFNNB,    WFNNB,   PO BOX 182685,    COLUMBUS, OH 43218-2685
12947326       +Lb Retail / Lane Bryant / Wfnnb,    ATTN: BANKRUPTCY,    PO BOX 182685,    COLUMBUS, OH 43218-2685
13029495      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC,      350 Highland Drive,
                 Lewisville, TX 75067)
12947329        SEARS/CBNA,   133200 SMITH RD,    CLEVELAND, OH 44130
12947330       +SEARS/CBNA,   PO BOX 6282,    SIOUX FALLS, SD 57117-6282
12947331       +SEARS/CBSD,   PO BOX 6282,    SIOUX FALLS, SD 57117-6282
12947332       +Target Credit Card (TC),    C/O FINANCIAL & RETAIL SERVICES,    MAILSTOP BT P.O. BOX 9475,
                 MINNEAPOLIS, MN 55440-9475
12947334       +Visa Dept. Stores,    ATTN: BANKRUPTCY,    PO BOX 8053,   MASON, OH 45040-8053
12947335       +Vzw Ne,   ATTENTION: VERIZON WIRELESS DEPARTMENT,    PO BOX 3397,    BLOOMINGTON, IL 61702-3397
12947336      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                (address filed with court: WELLS FARGO HM MORTGAG,      8480 STAGECOACH CIR,
                 FREDERICK, MD 21701)
12947337       +WFNNB/Mandees,    P.O. BOX 182686,   COLUMBUS, OH 43218-2686
12947338       +Wfnnb/tsa,   ATTENTION: BANKRUPTCY,    PO BOX 182685,    COLUMBUS, OH 43218-2685

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Feb 18 2017 02:37:19     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 18 2017 02:36:06
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 18 2017 02:36:39     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
12947308       +E-mail/Text: aacbankruptcynotice@affiliated.org Feb 18 2017 02:37:21     Affiliated Accep Crp,
                 ATTN: CUSTOMER SERVICE,    PO BOX 790001,   SUNRISE BEACH, MO 65079-9001
12999033        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 18 2017 02:29:35
                 American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                 Oklahoma City, OK  73124-8838
12955314        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 18 2017 02:29:35
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
12947309       +E-mail/Text: bnc-applied@quantum3group.com Feb 18 2017 02:36:35     Applied Card Bank,
                 ATTENTION: BANKRUPTCY,    PO BOX 17125,   WILMINGTON, DE 19850-7125
12947311       +E-mail/Text: bankruptcy@cavps.com Feb 18 2017 02:36:34     Calvary Portfolio Services,
                 ATTENTION:  BANKRUPTCY DEPARTMENT,    500 SUMMIT LAKE DR. SUITE 400,    VALHALLA, NY 10595-1340
12949007       +E-mail/Text: bankruptcy@cavps.com Feb 18 2017 02:36:34     Cavalry Portfolio Services,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2322
13103473       +E-mail/Text: cdicicco@myphillybankruptcylawyer.com Feb 18 2017 02:35:03
                 Christian A. DiCicco, Esq.,    Law Offices of Christian A. DiCicco,    2008 Chestnut Street,
                 Philadelphia, PA 19103-4535
12947313       +E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 18 2017 02:37:38
                 Credit Collections Srv.,    PO BOX 9134,   NEEDHAM, MA 02494-9134
12947317       +E-mail/PDF: gecsedi@recoverycorp.com Feb 18 2017 02:28:55     GECRB/GAP,    PO BOX 965005,
                 ORLANDO, FL 32896-5005
12947318       +E-mail/PDF: gecsedi@recoverycorp.com Feb 18 2017 02:29:31     GEMB / Old Navy,
                 ATTENTION:  GEMB,   PO BOX 103104,   ROSWELL, GA 30076-9104
12947319       +E-mail/PDF: gecsedi@recoverycorp.com Feb 18 2017 02:28:56     Gemb/JC Penny,
                 ATTENTION:  BANKRUPTCY,    PO BOX 103104,   ROSWELL, GA 30076-9104
12947322       +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Feb 18 2017 02:37:34
                 HYUNDAI MOTOR FINANCE,    ATTN: BANKRUPTCY,    PO BOX 20809,   FOUNTAIN VALLEY, CA 92728-0809
13011901        E-mail/Text: cio.bncmail@irs.gov Feb 18 2017 02:35:17     Internal Revenue Service,
                 P.O. Box 7317,   Philadelphia, PA 19101-7317
```

```
District/off: 0313-2          User: ChrissyW            Page 2 of 2                  Date Rcvd: Feb 17, 2017
                              Form ID: 138NEW           Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
12947324       +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 18 2017 02:35:10      KOHLS/CAPONE,
                 N56 W 17000 RIDGEWOOD DR,    MENOMONEE FALLS, WI 53051-7096
12947327       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 18 2017 02:36:09      MIDLAND FUNDING,   8875 AERO DR,
                 SAN DIEGO, CA 92123-2255
12947328        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 18 2017 02:44:36       Portfolio Rc,
                 ATTN: BANKRUPTCY,   PO BOX 41067,    NORFOLK, VA 23541
13081670        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 18 2017 02:44:32
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk, VA 23541
13080441        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 18 2017 02:29:06
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
12991743        E-mail/Text: bnc-quantum@quantum3group.com Feb 18 2017 02:35:27
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
                                                                                              TOTAL: 22

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   NATIONSTAR MORTGAGE, LLC,    350 Highland Drive,
                 Lewisville, TX  75067)
cr*           ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage LLC,    P.O. Box 619096,
                 Dallas, TX  75261-9741)
12947323*       Internal Revenue Service,    P.O. Box 7346,   Philadelphia, PA 19101-7346
13504591*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage, LLC,    P.O. Box 619096,
                 Dallas, TX  75261-9741)
12947333       ##+The Bureaus Inc.,    ATTENTION: BANKRUPTCY DEPT.,    1717 CENTRAL ST.,   EVANSTON, IL 60201-1507
                                                                                   TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 17, 2017 at the address(es) listed below:
```
              ALLISON FRANCES ZUCKERMAN    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
              ANDREW F GORNALL    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CHRISTIAN A. DICICCO    on behalf of Debtor Joseph J. Carney cdicicco@myphillybankruptcylawyer.com,
               christianadicicco@gmail.com
              CHRISTIAN A. DICICCO    on behalf of Joint Debtor Natalie A. Carney
               cdicicco@myphillybankruptcylawyer.com, christianadicicco@gmail.com
              KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC pa-bk@logs.com
              LEEANE O. HUGGINS    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC pabk@logs.com
              LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              THOMAS I. PULEO    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 11
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Joseph J. Carney and Natalie A. Carney

    Debtor(s)        Bankruptcy No: 13−10324−jkf

                   Chapter: 13

___

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

 1. The Standing Chapter 13 Trustee has filed his final report and account.

 2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

 3. In the absence of any objection, the Court may enter the Order of Discharge.

              For The Court

              Timothy B. McGrath
              Clerk of Court

Dated: 2/17/17

                     55 − 54
                   Form 138_new