# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Joseph J. Carney** | : | **Case No.: 13-10324** |
| **Natalie A. Carney AKA Natalie A.** | : | **Chapter 13** |
| **Vogel** | : | **Judge Jean K. FitzSimon** |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| **Debtor(s).** | : | |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Karina Velter enters her appearance as counsel for Nationstar Mortgage LLC, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

        Respectfully submitted,

        /s/ Karina Velter
        Karina Velter, Esquire (94781)
        Kimberly A. Bonner (89705)
        Holly N. Wolf (322153)
        Manley Deas Kochalski LLC
        P.O. Box 165028
        Columbus, OH  43216-5028
        Telephone: 614-220-5611
        Fax: 614-627-8181
        Attorneys for Creditor
        The case attorney for this file is Karina Velter.
        Contact email is kvelter@manleydeas.com

17-012439_PS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Joseph J. Carney** | : | Case No.: 13-10324 |
| **Natalie A. Carney AKA Natalie A.** | : | Chapter 13 |
| **Vogel** | : | Judge Jean K. FitzSimon |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| **Debtor(s).** | : | |
| | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and Request for Notices was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

William C. Miller, Chapter 13 Trustee, 1234 Market Street, Suite 1813, Philadelphia, PA 19107

Christian A. DiCicco, Attorney for Joseph J. Carney and Natalie A. Carney AKA Natalie A. Vogel, 2008 Chestnut Street, Philadelphia, PA 19103, cdicicco@myphillybankruptcylawyer.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 28, 2017:

Joseph J. Carney and Natalie A. Carney AKA Natalie A. Vogel, 2626 S. Warnock Street, Philadelphia, PA 19148

Joseph J. Carney and Natalie A. Carney AKA Natalie A. Vogel, 2626 South Warnock Street, Philadelphia, PA 19148

DATE: _March 28, 2017_

/s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Holly N. Wolf (322153)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611

17-012439_PS

Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

17-012439_PS