United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Joseph J. Carney  
Natalie A. Carney  
     Debtors

Case No. 13-10324-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW    Page 1 of 1    Date Rcvd: Mar 30, 2017  
Form ID: 195    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2017.  
db/jdb    +Joseph J. Carney,   Natalie A. Carney,   2626 S. Warnock Street,   Philadelphia, PA 19148-4419

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2017       Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2017 at the address(es) listed below:

     ALLISON FRANCES ZUCKERMAN    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com  
     ANDREW F GORNALL    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
     CHRISTIAN A. DICICCO    on behalf of Joint Debtor Natalie A. Carney cdicicco@myphillybankruptcylawyer.com, christianadicicco@gmail.com  
     CHRISTIAN A. DICICCO    on behalf of Debtor Joseph J. Carney cdicicco@myphillybankruptcylawyer.com, christianadicicco@gmail.com  
     KARINA VELTER    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC amps@manleydeas.com  
     KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC pa-bk@logs.com  
     LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com  
     LEEANE O. HUGGINS    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC pabk@logs.com  
     THOMAS I. PULEO    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
     WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com, philaecf@gmail.com  
     WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com

     TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                    : Chapter 13

Joseph J. Carney and Natalie A. Carney                        : Case No. 13−10324−jkf

    Debtor(s)

***ORDER***
_____

    AND NOW, this day , March 30 ,2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

    By The Court

    Jean K. FitzSimon
    Judge , United States Bankruptcy Court

60
Form 195